IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | Bankruptcy 18-24679 |
| | ) | |
| **JEANETTA JOHNSON-WHITE,** | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| _____ | ) | Related to Document No. 21 |
| **JEANETTA JOHNSON-WHITE,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UPMC,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Debtor, having filed a Chapter 13 Bankruptcy Petition and Debtor or Trustee having moved to attach wages to fund Chapter 13 plan.

**IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from which the Debtor, JEANETTA JOHNSON-WHITE , receives income:

**UPMC CORPORATE PAYROLL**
**USX TOWER, 56TH FLOOR**
**600 GRANT STREET**
**PITTSBURGH, PA 15219**

shall deduct from that income the sum of **$465.35, bi-weekly**, beginning on the next pay day following the receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor, Jeanetta Johnson-White, receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, Jeanetta Johnson-White, and shall remit the deducted sums **ON A MONTHLY BASIS in the amount of $930.70** to:

**RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA.
P.O. Box 84051
CHICAGO, IL 60689**

**IT IS FURTHER ORDERED** that the above named entity shall notify the Trustee if the Debtor's, Jeanetta Johnson-White, income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, Jeanetta Johnson-White, except amounts required to be withheld for taxes, social security, insurance, pension or union dues shall be paid to the Debtor in accordance with usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.**

**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above named entity in this case.

**IT IS FURTHER ORDERED** that the above named entity shall not charge any fee to the Debtor for the administration of the attachment order, except as may be allowed upon application to and order of this Court.

**DATED** this ___20th___ day of ___December___, 2018

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

_Carlota M. Böhm_   kmt
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
12/20/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24679-CMB
Jeanetta Johnson-White                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe          Page 1 of 1          Date Rcvd: Dec 20, 2018
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db             +Jeanetta Johnson-White,    6600 Apple Street,    Pittsburgh, PA 15206-2732
               +UPMC Corporate Payroll,    USX Tower, 56th Floor,    600 Grant Street,
                Pittsburgh, PA 15219-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
      Joseph Peter Nigro    on behalf of Debtor Jeanetta    Johnson-White nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                            TOTAL: 5