IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy 18-24679 |
| | ) | |
| JEANETTA JOHNSON-WHITE, | ) | |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| _____ | ) | |
| | ) | Related to: Document No. 31 |
| JEANETTA JOHNSON-WHITE, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAYVIEW LOAN SERVICING, | ) | |
| LLC, A DELAWARE LIMITED | ) | |
| LIABILITY COMPANY, | ) | |
| | | |
| Respondent. | | |

## ORDER OF COURT

And now, this __5th__ day of __March__, 20__19__, upon

Debtor's Withdrawal of Objection to Debtor's to Bayview Loan Servicing, LLC 's Proof of Claim

it is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor's Objection is Withdrawn.

_____
Bankruptcy Judge

FILED
3/5/19 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-24679-CMB
Jeanetta Johnson-White                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1              Date Rcvd: Mar 05, 2019
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db              +Jeanetta Johnson-White,    6600 Apple Street,    Pittsburgh, PA 15206-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph Peter Nigro    on behalf of Debtor Jeanetta  Johnson-White nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7