IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 18-24679 |
| ) | |
| **JEANETTA JOHNSON-WHITE,** ) | Chapter 13 |
| ) | |
| Debtor, ) | Related to: Document No. 43 |
| ) | |
| _____ ) | |
| ) | |
| **JEANETTA JOHNSON-WHITE,** ) | **ENTERED BY DEFAULT** |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| **RONDA WINNECOUR,** ) | |
| **CHAPTER 13 TRUSTEE,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER OF COURT

This __26th__ day of __June__, 2019, upon Motion of Jeanetta Johnson-White to Allow Car Loan, it is ORDERED that the Debtor is approved to obtain a car loan for Financing of no more than $25,000.00 with monthly payments of no more than $450.00 The Chapter 13 plan will be amended to include the new vehicle payment immediately after it is purchased.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/26/19 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-24679-CMB
Jeanetta Johnson-White                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 1              Date Rcvd: Jun 26, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
db             +Jeanetta Johnson-White,   6600 Apple Street,   Pittsburgh, PA 15206-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph Peter Nigro    on behalf of Debtor Jeanetta    Johnson-White nigroj@verizon.net,
               chrissyvock86@yahoo.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7