## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JEANETTA JOHNSON-WHITE | Case No. 18-24679CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>Movant | Chapter 13 |
| vs.<br>BAYVIEW LOAN SERVICING LLC**<br>Respondents | Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 7076.

Regular mortgage payments are currently being directed to the following creditor at the following address:

BAYVIEW LOAN SERVICING LLC**
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES,FL 33146

Movant has been requested to send payments to:
Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust C
c/o Carrington Mortgage Services
PO Box 5001
Westfield, IN 46074
1267

The Chapter 13 Trustee's CID Records of BAYVIEW LOAN SERVICING LLC** have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 1/23/2020.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>JEANETTA JOHNSON-WHITE, 6600 APPLE STREET, PITTSBURGH, PA 15206 | DEBTOR'S COUNSEL:<br>JOSEPH P NIGRO ESQ, NIGRO & ASSOCIATES LLC, 1330 OLD FREEPORT RD STE 3BF, PITTSBURGH, PA  15238 |
| ORIGINAL CREDITOR:<br>BAYVIEW LOAN SERVICING LLC**, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146 | ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| :<br>PADGETT LAW GROUP, 6267 OLD WATER OAK RD STE 203, TALLAHASSEE, FL  32312 | |
| NEW CREDITOR:<br>Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust C<br>c/o Carrington Mortgage Services<br>PO Box 5001<br>Westfield, IN 46074 | |