IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
JEANETTA JOHNSON-WHITE,                                    :   Case No. 20-22705 -CMB
   **Debtor(s)**
                                                                                                             Chapter 7

UNITED AUTO CREDIT CORPORATION,                            :
   **Movant(s)**,                                            :
                                                           :
v.                                                         :

JEANETTA JOHNSON-WHITE,
   **Respondent(s).**

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
UNITED AUTO CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

    *You are hereby notified that the Movant seeks an order affecting your rights or property.*

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 16, 2021 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    *You should take this Notice and the Motion to a lawyer at once.*

    *A Zoom Video Conference Hearing* will be held on September 14, 2021 at 3:30 pm. before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. *All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.* Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: July 28, 2021

                                                                         William E. Craig
                                                                        Attorney for Movant/Applicant
                                                                        /s/ William E. Craig
                                                                        110 Marter Ave.
                                                                        Suite 301
                                                                        Moorestown, NJ 08057
                                                                        856-866-0100
                                                                        92329- PA