IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| JEANETTA JOHNSON-WHITE, | ) | |
| **Debtor(s)** | ) | Bankruptcy No. 18-24679-CMB |
| | ) | |
| UNITED AUTO CREDIT CORPORATION, | ) | Chapter 13 |
| **Movant** | ) | |
| | ) | |
| v. | ) | Related To Document No. 104 and 105 |
| | ) | |
| JEANETTA JOHNSON-WHITE, | ) | |
| **Respondent(s)** | ) | **Response Deadline: 8/27/21** |
| | ) | |
| RONDA J. WINNECOUR, | ) | **Hearing Date: 9/14/21 at 3:30 PM** |
| **Trustee** | ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on August 10, 2021 I served by United States mail, first class, postage prepaid, the Notice Of Zoom Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Jeanetta Johnson-White
6600 Apple Street
Pittsburgh, PA 15206
(Debtor)

Joseph Peter Nigro, Esq.
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
1330 Old Freeport Road
Pittsburgh, PA 15238
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com