IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| JEANETTA JOHNSON-WHITE, | ) |
| **Debtor(s)** | ) Bankruptcy No. 18-24679-CMB |
| | ) |
| UNITED AUTO CREDIT CORPORATION, | ) Chapter 13 |
| **Movant** | ) |
| | ) |
| v. | ) Related To Document No. 109 |
| | ) |
| JEANETTA JOHNSON-WHITE, | ) |
| **Respondent(s)** | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| **Trustee** | ) |

## ORDER OF COURT

AND NOW, this __1st__ day of __September__, 2021, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is WITHDRAWN, and the hearing scheduled for September 14, 2021 is CANCELLED.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/1/21 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                           Case No. 18-24679-CMB
Jeanetta Johnson-White                                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                  User: gamr                  Page 1 of 2
Date Rcvd: Sep 01, 2021          Form ID: pdf900          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeanetta Johnson-White, 6600 Apple Street, Pittsburgh, PA 15206-2732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Joseph Peter Nigro | on behalf of Debtor Jeanetta Johnson-White nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael J Shavel | on behalf of Creditor Wilmington Savings Fund Society FSB, et al mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor United Auto Credit Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10