## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | Bankruptcy No. 18-24679 |
| ) | |
| **JEANETTA JOHNSON-WHITE,** ) | Chapter 13 |
| ) | |
| Debtors, ) | |
| ) | |
| ─────────────────── ) | |
| ) | |
| **JEANETTA JOHNSON-WHITE,** ) | |
| ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| **RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,** ) | |
| ) | |
| Respondent. | |

### DECLARATION CERTIFYING THE DEBTORS EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO PAY THE NEW MORTGAGE AMOUNT

Movants, by their attorney, Joseph P. Nigro, Esquire, and Nigro and Associates, LLC, hereby files this Declaration and avers the following:

1. Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust filed a Notice of Mortgage Payment Change for a mortgage amount change to $506.40.

2.      Debtors Chapter 13 Plan pays Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust $553.25 for the mortgage payment.

3.      Therefore, Since the new mortgage amount is $506.40 and this amount is less than the amount currently under the Plan in the amount of $553.25, no amendment is required to the Chapter 13 Plan.

    Respectfully submitted,

12/06/2022    /s/ Joseph P. Nigro
Date    JOSEPH P. NIGRO, ESQUIRE
    PA I.D. NO. 47810
    Attorney for Movant
    NIGRO & ASSOCIATES, LLC
    1330 Old Freeport Road, Suite 3BF
    Pittsburgh, PA 15238
    (412) 471-8118

    nigroassociateslaw@gmail.com