**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEANETTA JOHNSON-WHITE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24679<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/04/2018 and confirmed on 01/31/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 40,110.36 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,105.36 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 1,764.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,764.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 1267 | 0.00 | 17,844.68 | 0.00 | 17,844.68 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 1267 | 367.90 | 367.90 | 0.00 | 367.90 |
|   PITTSBURGH WATER & SEWER AUTHORI<br>    Acct: M121 | 750.76 | 750.76 | 69.13 | 819.89 |
|   PITTSBURGH WATER & SEWER AUTHORI<br>    Acct: M121 | 40.38 | 40.38 | 0.00 | 40.38 |
|   CREDIT ACCEPTANCE CORP*<br>    Acct: 7586 | 6,450.00 | 6,450.00 | 0.00 | 6,450.00 |
| | | | | 25,522.85 |
| **Priority** | | | | |
|   JOSEPH P NIGRO ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEANETTA JOHNSON-WHITE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEANETTA JOHNSON-WHITE<br>    Acct: | 5.00 | 5.00 | 0.00 | 0.00 |

| 18-24679 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| NIGRO & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 62.86 | 62.86 | 0.00 | 62.86 |
| Acct: 9726 | | | | |
| UNITED AUTO CREDIT CORP(*) | 0.00 | 10,093.91 | 0.00 | 10,093.91 |
| Acct: 9726 | | | | |
| | | | | 10,156.77 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 6,956.70 | 479.04 | 0.00 | 479.04 |
| Acct: 8329 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 3,868.15 | 266.36 | 0.00 | 266.36 |
| Acct: 9726 | | | | |
| AARON'S SALES & LEASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2582 | | | | |
| BANK OF MISSOURI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0104 | | | | |
| CONDOR CAPITAL CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 911 | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERIC/ | 2,498.49 | 172.05 | 0.00 | 172.05 |
| Acct: 4781 | | | | |
| US DEPARTMENT OF EDUCATION++ | 15,166.72 | 1,044.38 | 0.00 | 1,044.38 |
| Acct: 9726 | | | | |
| UNITED AUTO CREDIT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9100 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 2,375.11 | 163.55 | 0.00 | 163.55 |
| Acct: 0001 | | | | |
| CREDIT ACCEPTANCE CORP* | 3,986.34 | 274.50 | 0.00 | 274.50 |
| Acct: 7586 | | | | |
| PA DEPARTMENT OF REVENUE* | 2.95 | 0.20 | 0.00 | 0.20 |
| Acct: 9726 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 454.36 | 31.29 | 0.00 | 31.29 |
| Acct: 0278 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,717.21 | 118.25 | 0.00 | 118.25 |
| Acct: 6436 | | | | |
| UPMC PHYSICIAN SERVICES | 606.80 | 41.78 | 0.00 | 41.78 |
| Acct: 9726 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 1,018.43 | 70.13 | 0.00 | 70.13 |
| Acct: 6130 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HILL WALLACK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,661.53 |

TOTAL PAID TO CREDITORS                                                                                          38,341.15

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 62.86 |
| SECURED | 7,609.04 |
| UNSECURED | 38.651.26 |

Date: 06/30/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com